**Order filed September 2, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00145-CV
_____

**SUZANNE S. MUNDY, Appellant**

**V.**

**ENE, INC., Appellee**

---

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-218247**

---

## O R D E R

The clerk's record was filed May 10, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Defendant ENE, Inc.'s Motion for Partial Summary Judgment as to Plaintiff's Claim of Adverse Possession Under a Ten Year Limitations Period, filed on or about January 30, 2017.

The Fort Bend County District Clerk is directed to file a supplemental clerk's record on or before **September 12, 2022**, containing Defendant ENE, Inc.'s Motion for Partial Summary Judgment as to Plaintiff's Claim of Adverse Possession Under a Ten Year Limitations Period, filed on or about January 30, 2017.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot and Zimmerer.